## WILLIAM COBB *versus* NOBLE F. DEAN. ▮

JOURNAL ENTRIES (1825): *Journal 4:* (1) Discontinued *p. 2.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur.
*1824–36 Calendar*, MS p. 78.

## BENJAMIN HAIGHT AND HALSTEAD E. HAIGHT, DOING BUSINESS UNDER THE FIRM OF B. & H. HAIGHT, *versus* JESSE HOLLY. ▮

JOURNAL ENTRIES (1825): *Journal 4:* (1) Rule to bring body *p. 3.
PAPERS IN FILE: (1) Precipe for capias; (2) affidavit of indebtedness; (3) capias and return, security for costs; (4) motion for rule to bring body; (5) recognizance; (6) exception to bail; (7) stipulation for additional bail; (8) stipulation to declare and plead; (9) confession of judgment.
*1824–36 Calendar*, MS p. 85.

## GENEVIEVE BEAUBIEN *versus* DAVID C. McKINSTRY. ▮

JOURNAL ENTRIES (1825): *Journal 4:* (1) Rule to make return to certiorari *p. 4; (2) rule to assign errors *p. 36; (3) judgment *p. 50.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) assignment of errors, joinder.
*1824–36 Calendar*, MS p. 59. Recorded in *Book C*, MS pp. 11–14.